**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUN 2 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-6180 |
| Plaintiff - Appellee, | D.C. No. 1:13-cr-00026-SPW-2 |
| v. | |
| THOMAS ALVARADO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Susan P. Watters, District Judge, Presiding

Submitted May 21, 2025**

Before:    SILVERMAN, LEE, and VANDYKE, Circuit Judges.

Thomas Alvarado appeals pro se from the district court's order denying his

fifth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have

jurisdiction under 28 U.S.C. § 1291. Reviewing for abuse of discretion, *see United

States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021), we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

As the district court stated, it denied Alvarado's four previous compassionate release motions because "while Alvarado has shown extraordinary and compelling reasons for sentence reduction under USSG §1B1.13 due to his serious health issues, such a reduction is not warranted under the 18 U.S.C. § 3553(a) factors." In the instant motion, Alvarado claimed that his medical conditions were worsening, and the Bureau of Prisons was not providing him appropriate care. The district court ordered and reviewed Alvarado's medical records and concluded they did not support Alvarado's claims. It therefore denied compassionate release again.

Contrary to Alvarado's contentions, the record supports the district court's conclusions regarding the care he is receiving in prison, and the court did not abuse its discretion in denying relief. *See United States v. Robertson*, 895 F.3d 1206, 1213 (9th Cir. 2018) (district court abuses its discretion only if its decision is illogical, implausible, or not supported by the record).

**AFFIRMED.**